*Leon M. Labes* and *Samuel I. Hartman* for appellant.
*Morton G. Rosenberg* and *Sidney S. Bobbé* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BENJAMIN HUGHES, Appellant.

Submitted March 6, 1946; decided April 18, 1946.

*Charles S. Belden* for appellant.

*Frank S. Hogan, District Attorney (Whitman Knapp* and *Harold Roland Shapiro* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.

ROSE BRENNAN, Respondent, *v.* TRAVELERS INSURANCE COMPANY, Appellant.

Argued March 7, 1946; decided April 18, 1946.